JS - 6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### (Southern Division)

| | |
|---|---|
| ARMEN KAZANCHIAN, an individual; ALVIN WIRTHLIN, an individual; TCC INDUSTRIES, INC. a California Corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CLINTON "BUD" WILCOX, an individual; JACK MARTIN, an individual; R IDEA, LLC, a California Limited Liability Company, and DOES 1-10, inclusive<br><br>　　　　Defendants. | Case No.: SACV08-829 CJC (AJWx)<br><br>[PROPOSED] ORDER DISMISSING COMPLAINT IN ITS ENTIRETY WITH PREJUDICE |

The Court, having reviewed the parties' Stipulation and Joint Motion to Dismiss the Complaint in its Entirety With Prejudice, and for good cause showing, hereby makes the following orders:

1. The Complaint by Plaintiffs ARMEN KAZANCHIAN, TCC INDUSTRIES, INC. and ALVIN WIRTHLIN and against Defendants CLINTON "BUD" WILCOX, JACK MARTIN, and R IDEA, LLC is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii);

2. This court shall retain jurisdiction over any disputes relating to the

-1-
**[PROPOSED] DISMISSING COMPLAINT IN ITS ENTIRETY WITH PREJUDICE**

settlement agreement reached in this matter; and

3. Each party shall bear its own costs and attorneys fees.

Dated: April 8, 2010

_____
Honorable Cormac J. Carney
Judge of the United States District Court

MILORD & ASSOCIATES, P.C.
2029 Century Park East, Suite 2100
Los Angeles, CA 90067
(310) 226-7878

-2-
**[PROPOSED]** **DISMISSING COMPLAINT IN ITS ENTIRETY WITH PREJUDICE**